FILED: August 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1561
(1:21-cv-00154-LO-TCB)
_____

TURNER, LEINS & GOLD, LLC

      Plaintiff - Appellee

v.

AMERICAN ENTERPRISE TAX PROFESSIONALS, LLC; PAMELA ANDRASCHKO; REBECCA C. HIGGINS

      Defendants - Appellants

_____

O R D E R
_____

This case is calendared for oral argument on September 19, 2023.

The parties are directed to file supplemental briefs addressing whether the district court had subject matter jurisdiction over the state law claims and over a motion to compel arbitration of those claims. *See Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 25 n. 32 (1983). In particular, the parties are directed to identify all members of Turner, Leins & Gold, LLC and American

Enterprise Tax Professionals, LLC, and the citizenship of such members. *See Central W. Va. Energy Co., Inc. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011) ("For purposes of diversity jurisdiction, the citizenship of a limited liability company . . . is determined by the citizenship of all of its members . . . .").

The parties shall file an electronic version and four paper copies of their supplemental briefs within 14 days of the date of this order.

                                          For the Court

                                          /s/ Patricia S. Connor, Clerk